CLARA I. SIELCKEN-SCHWARZ, Respondent, *v.* AMERICAN FACTORS, LIMITED, Appellant.

(Submitted October 1, 1934; decided October 9, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 239.)

HENRY AMSTER, Appellant, *v.* LEO M. MAYER, Respondent, Impleaded with Another.

(Submitted October 1, 1934; decided October 9, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 452.)